**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

**ADVANCED INDUSTRIAL
MEASUREMENT SYSTEMS, INC.**

        Plaintiff,

        Case No. 3:12-CV-170

  vs

        District Judge Thomas M. Rose

**SHEFFCO INC.**

        Defendants.

---

## ORDER TO SHOW CAUSE

This matter comes before the Court on its own initiative. On March 15, 2013, a Notice for Default Application (doc. 9) was filed giving Plaintiff instructions on proceeding with a Default Judgment against the Defendant who has failed to otherwise answer. As of today's date, the Court has not received from Plaintiff an Application for Default Judgment.

Therefore, the Court **ORDERS** that the Plaintiff shall show cause in writing no later than June 28, 2013, why this case should not be dismissed for failure to prosecute. Failure to show cause may result in termination of this case.

**DONE** and **ORDERED** in Dayton, Ohio on this 13th day of June, 2013.

                          *s/Thomas M. Rose*

                          Thomas M. Rose, Judge
                          United States District Court