IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (DAYTON)

| | | |
|---|---|---|
| ADVANCED INDUSTRIAL MEASUREMENT SYSTEMS, INC. | : | Case No. 3:12-cv-170 |
| Plaintiff, | : | District Judge Thomas M. Rose |
| | : | Magistrate Judge Michael J. Newman |
| v. | : | |
| SHEFFCO, INC. | : | **STIPULATED JUDGMENT ENTRY** |
| Defendant. | : | |

Pursuant to their Settlement Agreement, the Parties agree, and it is hereby ORDERED, ADJUDGED, and DECREED that judgment is entered against Sheffco, Inc., and in favor of Advanced Industrial Measurement Systems, Inc., in the amount of Thirty-Seven Thousand, Two Hundred Dollars ($37,200.00).  Pursuant to Rule 54(b) of the Ohio Rules of Civil Procedure, there is no just reason for delay and this Judgment constitutes a final judgment.

SO ORDERED.

*s/Thomas M. Rose*

_____
UNITED STATES DISTRICT JUDGE

80884042.1

Agreed to by,

| | |
|---|---|
| /s/ Valerie M. Talkers | s/ Stephen E. Klein (per authority 10/16/13) |
| Timothy G. Pepper (0071076) | Stephen E. Klein (0014351) |
| Valerie M. Talkers (0088769) | KLEIN, TOMB & EBERLY LLP |
| Taft Stettinius & Hollister LLP | 240 James Bohanan Dr. |
| 40 North Main Street, Suite 1700 | Vandalia, OH 45377 |
| Dayton, Ohio  45423 | Phone: (937) 339-3939 |
| Phone: (937) 228-2838 | Fax: (937) 440-1659 |
| Fax:  (937) 228-2816 | E-mail: sklein@helpinohio.com |
| E-mail:  pepper@taftlaw.com | |
| vtalkers@taftlaw.com | |
| | |
| *Attorneys for Plaintiff,* | *Attorney for Defendant, Sheffco, Inc.* |
| *Advanced Industrial Measurement Systems, Inc.* | |

Copies to all parties.

80884042.1